UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** 22-cr-312 |
| | : | |
| v. | : | |
| | : | |
| **QUWAN DAVIS,** | : | **VIOLATIONS:** |
| | : | |
| | : | **18 U.S.C. § 875(c)** |
| Defendant. | : | **(Interstate Communications)** |
| | : | |

## INFORMATION

The United States Attorney charges that:

## COUNT ONE

On or about and between March 1, 2022 and June 30, 2022, within the District of Columbia and elsewhere, QUWAN DAVIS, did transmit in interstate and foreign commerce a communication containing a threat to kidnap and injure Minor Victim 1 specifically, by threatening to kill Minor Victim 1.

(**Interstate Communications**, in violation of Title 18, United States Code, Section 875(c))

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

2

By:       */s/Janani Iyengar*

Janani Iyengar
N.Y. Bar No. 5225990
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
Telephone No. (202) 252-7760
Janani.iyengar@usdoj.gov