# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 22-CR-312 (TSC)** |
| | : | |
| v. | : | |
| | : | |
| **QUWAN DAVIS,** | : | **VIOLATIONS:** |
| | : | |
| | : | **18 U.S.C. § 875(b)** |
| Defendant. | : | **(Interstate Communications)** |
| | : | |

## INFORMATION

The United States Attorney charges that:

## COUNT ONE

On or about and between March 1, 2022 and June 30, 2022, within the District of Columbia and elsewhere, QUWAN DAVIS, with intent to extort from Minor Victim 1, a thing of value, specifically a romantic relationship with Minor Victim 1, transmitted in interstate or foreign commerce a communication containing a threat to injure the person of Minor Victim 1, specifically by threatening to kill Minor Victim 1.

(**Interstate Communications**, in violation of Title 18, United States Code, Section 875(b))

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

By:     */s/Janani Iyengar*

Janani Iyengar
N.Y. Bar No. 5225990
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
Telephone No. (202) 252-7760
Janani.iyengar@usdoj.gov