UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO.   22-CR-312 |
| | : | |
| v. | : | |
| | : | UNDER SEAL |
| QUWAN DAVIS, | : | |
| Defendant. | : | |

## STATEMENT OF OFFENSE

The parties in this case, the United States of America and the defendant, Quwan Davis, stipulate and agree that the following facts are true and accurate. These facts do not constitute all of the facts known to the parties concerning the charged offense; they are being submitted to demonstrate that sufficient facts exist that the defendant committed the offense to which he is pleading guilty: Interstate Communications, in violation of 18 U.S.C. § 875(b).

### Statement of Facts

1. Minor Victim 1 (MV1), a seventeen-year-old child, was in a romantic relationship with Davis, who was eighteen-years-old between March of 2021 and March of 2022. In March 2022, MV1 broke off the relationship with Davis. During her relationship with Davis, MV1 and Davis engaged in consensual sexual intercourse. Davis would sometimes video record their sexual activity. On certain occasions, Davis would record their sexual activity with MV1's knowledge and consent.

2. After MV1 ended her relationship with Davis, Davis, using his cell phone, sent MV1 a series of text messages. For example, in March of 2022, Davis texted MV1 the following:

> Davis: I been begging for you to stay in my life. You don't give a fuck about shit I swear to fucking god don't go home today I promise you imma fucking kill you and then myself. I can't have u nobody can I promise you. So you go home today imma fucking slit your throat.

1

MV1: Quwan what

Davis: Idgaf what time of day it is you go home imma fucking kill you

3. Davis subsequently texted MV1 additional threats between March 2022 and June 2022, including the following exchange:

Davis: Nah I ain't the problem you are

MV1: I hope you get al your joy. You are tho

Davis: Fuck joy, imma watch you suffer. Same way you made me so you could either unblock me or I send this shit to your mother along with a more and a lengthy message about all your sneaky activities you did behind her back. This is why you get blackmailed cause you think shit is so sweet you think peoples hearts just a toy. Stop cappin its ok that's so sweet. I hope whoever you talk to next have the heart to say sum so I can bitch slap em and strip em. Never going to be able to get rid of me.

MV1: Mhm

Davis: Mhm you know I will and you know I'm not going to be leaving anytime soon. I will joke on and kill every nigga you think going to replace me. I am ready to die or go to jail behind this.



4. On June ~~10~~ 3, 2022, Davis sent the following messages to MV1, threatening to distribute a video depicting  Davis and MV1 engaging in sexual intercourse::

Davis: Bitch

Davis: Unblock me

Davis: Or shit going to the public now

5. On June 10, 2022, MV1's friend informed MV1 that Davis sent her a video depicting  MV1 engaging in sexual intercourse  with Davis. MV1 viewed the video Davis sent to her friend on her friend's phone, and saw that the video showed Davis penetrating MV1's vagina with his penis.

6. When Davis sent the above-referenced text messages to MV1, he was in Washington, DC.

MV1 attends school in Maryland and was in Maryland when she received some of the above-referenced text messages. MV1 was also in Maryland when she observed the video Davis sent to MV1's friend, depicting Davis and MV1 engaged in a sex act.

7.  In D.C. Superior Court case 2021 CF2 6831, Davis entered a guilty plea to one count of Carrying a Pistol Without a License in connection with bringing a loaded firearm to his school. This incident occurred on November 30, 2021.

Respectfully,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY

Janani Iyengar
Janani Iyengar
Assistant United States Attorney

## DEFENDANT'S ACKNOWLEDGMENT

I, Quwan Davis, have read this Statement of the Offense and have discussed it with my attorney. I fully understand this Statement of the Offense. I agree and acknowledge by my signature that this Statement of the Offense is true and accurate. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this Statement of the Offense fully.

Date: 12/7/2022

Quwan Davis
Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read this Statement of the Offense, and have reviewed it with my client fully. I concur in my client's desire to adopt this Statement of the Offense as true and accurate.

Date: 12/7/2022

*Ubong E. Akpan*

Ubong Akpan, Esquire
Attorney for the Defendant