UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| vs. | : | Case No.: 22-cr-00312 (TSC) |
| QUWAN DAVIS, | : | |
| Defendant. | : | |

# NOTICE OF APPEAL

**Name and address of appellant:**  Quwan Davis

**Name and address of appellant's attorney:**  Ubong Akpan
Assistant Federal Public Defender
Office of the Federal Public Defender
625 Indiana Ave., N.W., Suite 550
Washington, DC 20004

**Offense**: 18:875(B); Interstate Communications - Ransoms; Interstate Communications (1s)

**Concise statement of judgment or order, giving date, and any sentence:**  Defendant sentenced to Thirty (30) months on Count 1s; Thirty-Six (36) months of Supervised Release and a Special Assessment of $100.00.

**Name of institution where now confined, if not on bail:**  DC Department of Corrections
1901 D Street, SE, Washington, DC 20003

I, the above-named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia from the above-stated judgment.

March 30, 2023                                             Quwan Davis
DATE                                                              APPELLANT

CJA, NO FEE ____FPD_____                  Ubong Akpan_____
PAID USDC FEE ___NO_____         ASSISTANT FEDERAL PUBLIC DEFENDER
                                                                        ATTORNEY FOR APPELLANT
PAID USCA FEE ___NO_____

Does counsel wish to appear on appeal? Yes

Has counsel ordered transcripts? No

Is this appeal pursuant to the 1984 Sentencing Reform Act? Yes