# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : |
| v. | : **CRIMINAL NO. 22-CR-312 (TSC)** |
| | : |
| **QUWAN DAVIS,** | : |
| Defendant. | : |

## MOTION FOR LIMITED UNSEALING OF RESTITUTION ORDER

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully files this motion for a limited unsealing of the restitution order issued in this case.

1. On March 20, 2023, the Court held a sentencing hearing in this matter and sentenced the defendant to thirty months' incarceration. The Court allowed the government additional time to file information in support of a restitution order. On April 6, 2023, the Court issued a minute order acknowledging receipt of the government's filing in support of restitution and ordered the defendant to respond.

2. The Court ultimately issued a restitution order in this matter.

3. Counsel for the victim in this matter contacted the government to obtain a copy of the restitution order, which is under seal.

4. To provide the victim's counsel with a copy of the order, the government is now seeking a limited unsealing of the Court's restitution order in this matter. This order would allow the Court to provide a copy of the restitution order to the government, however, the order would otherwise remain under seal.

1

Respectfully submitted,

JEANINE FERRIS PIRRO
UNITED STATES ATTORNEY

By:     s/ *Janani Iyengar*
        Janani Iyengar (N.Y. BAR #5525990)
        Assistant United States Attorney
        601 D Street N.W.
        Washington, D.C. 20530
        Janani.iyengar@usdoj.gov
        (202) 252-7760

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : |
| v. | : **CRIMINAL NO. 22-CR-312 (TSC)** |
| | : |
| **QUWAN DAVIS,** | : |
| **Defendant.** | : |

### ORDER

Based upon the representations in the government's motion and upon consideration of the entire record, it is hereby

**ORDERED** that the motion is **GRANTED**; it is further

**ORDERED** that the Restitution Order in this matter be unsealed solely to provide a copy to government counsel, but shall otherwise remain sealed.

_____
THE HONORABLE JUDGE TANYA S. CHUTKAN
UNITED STATES DISTRICT JUDGE